211 So.2d 332

**Mrs. Catherine BRENAN, wife of Zenon Joseph MONTZ, Jr.**

v.

**Zenon Joseph MONTZ, Jr.**

No. 49311.

June 21, 1968.

In re: Zenon Joseph Montz, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 209 So.2d 799.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

211 So.2d 333

**GULF OIL CORPORATION**

v.

**Noel L. ADAMS, Jr., et al.**

No. 49322.

June 28, 1968.

In re: Noel L. Adams, Jr., et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 209 So.2d 770.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in the judgment.